IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIGUEL RIVERA-BUGARIN,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                             No. 15-cv-1240-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on December 7, 2015 (Doc. 3), Petitioner's claims are **DISMISSED** with prejudice. The court declines to issue a certificate of appealability.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  s/*Caitlin Fischer*
      **Deputy Clerk**

Dated: December 8, 2015

Digitally signed by Judge David R. Herndon
Date: 2015.12.08 09:30:51 -06'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT